IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY DODSON
ADC #656436                                                            PLAINTIFF

v.                           No. 3:17-cv-110-DPM

K. BOWERS, Administrator, Craighead
County Detention Center, and DOES,
CCDC Staff                                                            DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

29 June 2017